```
                              United States Bankruptcy Court
                              Eastern District of Tennessee
In re:                                                         Case No. 18-30299-SHB
Jason A. Edington                                              Chapter 7
Linda C. Edington
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0649-3          User: smithr            Page 1 of 1            Date Rcvd: Jun 08, 2018
                              Form ID: pdfbk          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
db/jdb         +Jason A. Edington,    Linda C. Edington,    6600 Andoah Road,    Knoxville, TN 37918-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Jun 08 2018 21:35:20      Internal Revenue Service,
                 P. O. Box  21126,    Philadelphia,, PA  19114
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2018 at the address(es) listed below:
              David  Holesinger     on behalf of U.S. Trustee    United States Trustee david.holesinger@usdoj.gov
              Elliott J. Schuchardt    on behalf of Other Professional Elliott J. Schuchardt elliott016@gmail.com
              Jeremiah McGuire    on behalf of Creditor    CitiMortgage, Inc., as serviced by CitiMortgage, Inc.
               jeremiah.mcguire@brockandscott.com,    wbecf@brockandscott.com
              Kandi R. Yeager     on behalf of Creditor    Knoxville TVA Employees Credit Union kyeager@hdclaw.com,
               jgibson@hdclaw.com
              Tiffany A. Diiorio    on behalf of U.S. Trustee    United States Trustee Tiffany.Diiorio@usdoj.gov
              United States Trustee     Ustpregion08.kx.ecf@usdoj.gov
              W. Grey Steed    tn37@ecfcbis.com
                                                                                             TOTAL: 7

SO ORDERED.
SIGNED this 7th day of June, 2018



Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

JASON A. EDINGTON
LINDA C. EDINGTON

        Debtors

Case No. 3:18-bk-30299-SHB
Chapter 7

## O R D E R

A hearing was held June 7, 2018, on the Motion to Disqualify the Honorable Suzanne H. Bauknight ("Motion") [Doc. 49] filed on May 28, 2018, by Elliott J. Schuchardt. For the reasons stated by the Court in its memorandum opinion, containing findings of fact and conclusions of law as required by Rule 7052 of the Federal Rules of Bankruptcy Procedure, delivered orally from the bench on June 7, 2018, the Court directs that the Motion is DENIED.

###